# GRSM50
## GORDON REES SCULLY MANSUKHANI
### YOUR 50 STATE LAW FIRM™

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __06/26/2026__

**ROBERT M. BODZIN**
rbodzin@grsm.com
Cell: 510-207-6829

NY SBN: 2511954

315 Pacific Avenue
San Francisco, CA 94111
www.grsm.com

June 26, 2026

**APPLICATION GRANTED:** Counsel for Non-party Monay LLC is directed to email Judge Parker's Chambers with the telephone number for Attorney Robert M. Bodzin so he may be connected telephonically to the courtroom on July 20, 2026, for the Case Management Conference.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
**06/26/2026**

**FILED ON ECF AND E-MAIL**

Magistrate Judge
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom: 17D
New York, NY 10007-1312
Parker_NYSDChambers@nysd.uscourts.gov

Re:  **Shopnomix, LLC v. Vinay Ganti, et al.**
     **Our Client:  Non-Party Monay LLC**
     **USDC SD NY Case No.: 1:25-cv-8403-ALC-KHP**
     **Request for Permission to Appear Via Video on the Court's MS TEAMS**
     **Link for Non-Party Monay LLC's Motion to Quash,**
     **Set for Hearing on July 20, 2026 at 10:00 am (ECF No. 37)**

Dear Hon. Magistrate Judge Katharine H. Parker:

I am counsel for Non-Party Monay LLC.  On June 24, 2026 I filed Non-Party Monay, LLC's Notice of Motion and Motion to Quash the Subpoena of Plaintiff Shopnomix, LLC and this motion is set for hearing before this Court at Courtroom 17D, 500 Pearl Street, New York, NY 10007 on July 20, 2026 at 10:00 a.m.  Based on my review of your Individual Practices in Civil Cases , Section II (g) I understand the Court utilizes a video link on MS TEAMS and that the Court, in it's discretion, may schedule or permit a telephonic or video conference.  My client Monay, LLC is based in California and I am based out of my firm's San Francisco, California office.  As a non-party, Monay, LLC has incurred significant expenses to try and resolve the issues relating to this subpoena and to file the subject motion.

I am respectfully requesting permission to allow my client to save on the expense associated with traveling to New York for this oral argument and grant permission for me to appear via the Court's MS TEAMS link.  I believe there will be no prejudice or inconvenience to any of the Parties in the case if this request is granted.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

Robert M. Bodzin

RMB:mch