USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/17/2026

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**APPLICATION GRANTED:** Counsel is directed to email Judge Parker's Chambers with the telephone for Attorney Paul Carruthers so he may be connected telephonically to the courtroom on July 20, 2026 for the proceeding.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
07/17/2026

**Partners:**
Jonathan Bell
Nathalie Bell
Susan Tylar
Andrea Batres
Paul Bartels
Chaya Gourarie
Kyle Pulis
Elissa Krell
Adam Grogan

July 17, 2026

Hon. Mary Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St., Courtroom: 17D
New York, NY 10007-1312

**Re: Shopnomix, LLC v. Vinay Ganti, et al.**
**Case No. 25-cv-8403-ALC-KHP**
**Request for Permission to Appear Via Video on the Court's MS TEAMS**

Dear Judge Parker:

We represent the Defendant, Vinay Ganti, (referred to as "the defendant") in the above-referenced matter. On June 24, 2026, Plaintiff's Counsel, filed Non-Party Monay, LLC's Notice of Motion and Motion to Quash the Subpoena of Plaintiff Shopnomix, LLC and this motion is set for hearing before this Court at Courtroom 17D, 500 Pearl Street, New York, NY 10007 on July 20, 2026 at 10:00 a.m. Based on my review of your Individual Practices in Civil Cases , Section II (g) I understand the Court utilizes a video link on MS TEAMS and that the Court, in it's discretion, may schedule or permit a telephonic or video conference. The undersigned is not opposing the matter before the court on July 20, 2026, and as such will not be taking a position or offering oral arguments. Additionally, the undersigned is based out of Suffolk County, New York.

We respectfully request permission to allow the undersigned to save on the expense associated with traveling to New York City for this oral argument, which the Defendant is not opposing, and grant permission for the undersigned to appear via the Court's MS TEAMS link.

I believe there will be no prejudice or inconvenience to any of the Parties in the case if this request is granted as counsel for the Plaintiff has consented to this request.

Respectfully submitted,

**BELL LAW GROUP, PLLC**

___/s/________________
Paul Carruthers, Esq.
*Attorneys for Defendant*
116 Jackson Avenue
Syosset, New York 11791
(516) 280-3008
pcarruthers@belllg.com