**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shopnomix, LLC,<br>Plaintiff,<br>v.<br>Vinay Ganti,<br>Defendant. | **25-CV-8403 (ALC) (KHP)**<br><br>**NOTICE OF MOTION TO WITHDRAW** |

## NOTICE OF MOTION TO WITHDRAW

PLEASE TAKE NOTICE that, pursuant to S.D.N.Y. Local Civil Rule 1.4, the undersigned attorneys of Womble Bond Dickinson (US) LLP will and hereby do move this Court for an Order allowing them to withdraw as counsel of record for Plaintiff Shopnomix, LLC ("Plaintiff"). In support of this Motion to Withdraw ("Motion"), the undersigned show the Court as follows:

1. Plaintiff has requested that this matter be transferred to Boesch Law Group for handling. Philip W. Boesch, Jr. of Boesch Law Group ("Plaintiff's New Counsel") has indicated that his firm will enter an appearance on behalf of Plaintiff. Good cause therefore exists to permit the undersigned's withdrawal.

2. Counsel for Defendant Vinay Ganti does not oppose this Motion.

3. No party will be prejudiced or otherwise affected by withdrawal of undersigned counsel.

4. The relief requested in this Motion is sought in good faith and not for the purpose of delay.

5. A copy of this Motion will be served upon Plaintiff, Plaintiff's New Counsel, and counsel for Defendant Vinay Ganti.

Submitted this 28th day of October, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Luke V. Cass*
Luke V. Cass (SDNY # LC359)
2001 K Street, NW, Suite 400 South
Washington, DC 20006
Telephone: (202) 857-4426
Email: luke.cass@wbd-us.com

/s/ *James E. Connelly*
James E. Connelly (SDNY # JC5027)
1331 Spring Street NW, Suite 1400
Atlanta, GA 30309
Telephone: (404) 888-7496
Email: james.connelly@wbd-us.com

*Attorneys for Plaintiff Shopnomix, LLC*