womblebonddickinson.com

WOMBLE BOND DICKINSON

November 2, 2026

Womble Bond Dickinson (US) LLP

888 Seventh Avenue, 38th Floor
New York, NY 10106

Joseph Patella
Partner
Direct Dial: 332-258-8483
E-mail: Joseph.Patella@wbd-us.com

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: *Shopnomix, LLC v. Ganti*, Case No. 25-CV-8403 (ALC) (KHP)**

Dear Judge Parker:

On October 28, 2026, Luke Cass and James Connelly of Womble Bond Dickinson (US) LLP moved to withdraw as counsel of record for Plaintiff Shopnomix, LLC. *See* ECF No. 55. The motion was supported by the declaration of Mr. Cass, which noted that I am also listed as counsel of record for Plaintiff in addition to Mr. Cass and Mr. Connelly. *See* ECF No. 55-2. The motion was intended to seek the withdrawal of all Womble Bond Dickinson attorneys as counsel in this matter. However, the motion and supporting memorandum of law inadvertently omitted my signature block. On October 29, 2026, the Court granted the motion. ECF No. 56.

To the extent the Court's October 29, 2026 order permitting withdrawal does not extend to me, I respectfully request that I be permitted to withdraw as counsel of record for Plaintiff for the reasons set forth in the motion. I further request that the Clerk of Court be directed to terminate my appearance on the docket. I thank the Court for its attention to this matter.

Respectfully submitted,

Joseph A. Patella

cc: Counsel of Record – via ECF

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.